| Fill in this information to identify the case: | |
|---|---|
| Debtor name | West Virginia High Technology Consortium Foundation |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known): | 1:16-bk-00806 |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Action Facilities Management<br>115 Malone Drive<br>Morgantown, WV 26501 | | | | | | $35,990.30 |
| Alliant Techsystems Operations, LLC<br>8560 Cinderbed Rd.<br>Suite 700<br>Newington, VA 22122 | | | | | | $28,400.00 |
| Arnett Carbis Toothman LLP<br>600 Market Place Avenue<br>Suite 100<br>Bridgeport, WV 26330 | | | | | | $12,985.45 |
| BB&T Financial, FSB<br>PO Box 698<br>Wilson, NC 27894-0698 | | | | | | $657.36 |
| BMW Financial Services<br>PO Box 3608<br>Dublin, OH 43016-0306 | | | | | | $733.31 |
| Casto Technical Services<br>540 Leon Sullivan Way<br>Charleston, WV 25301 | | | | | | $1,280.00 |
| City of Fairmont<br>PO Box 1428<br>Fairmont, WV 26555-1428 | | | | | | $753.35 |

Debtor   **West Virginia High Technology Consortium Foundation**   Case number *(if known)*  **1:16-bk-00806**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ComDoc, Inc.<br>3458 Massillon Rd<br>Uniontown, OH 44685 | | | | | | $169.40 |
| Frontier Communications<br>PO Box 20550<br>Rochester, NY 14602-0550 | | | | | | $241.71 |
| Institute of Mgmt Accountants<br>10 Paragon Dr.<br>Montvale, NJ 07645-1760 | | | | | | $230.00 |
| Kris Warner<br>603 Fairchance Rd.<br>Morgantown, WV 26508 | | | | | | $8,000.00 |
| Lumos Networks Wireline Customer Care<br>1200 Greenbrier St<br>Charleston, WV 25311 | | | | | | $1,753.98 |
| Mainline Mechanical<br>2 Cameron Road<br>Clarksburg, WV 26301 | | | | | | $908.50 |
| Mon Power<br>800 Cabin Hill Drive<br>Greensburg, PA 15606-0001 | | | | | | $16,856.68 |
| Peoples Natural Gas<br>PO Box 535323<br>Pittsburgh, PA 15253-5323 | | | | | | $90.79 |
| Plante & Moran, PLLC<br>16060 Collections Center Dr.<br>Chicago, IL 60693-0160 | | | | | | $6,685.00 |
| RSM US LLP<br>1861 International Dr<br>Suite 400<br>Mc Lean, VA 22102 | | | | | | $111.00 |
| Sherwin Williams Co.<br>63 Spencer Dr<br>Fairmont, WV 26554 | | | | | | $359.57 |

| Debtor | West Virginia High Technology Consortium Foundation | | Case number *(if known)* | 1:16-bk-00806 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sun Life and Health Insurance Company<br>Box No. 6168<br>Carol Stream, IL 60197-6168 | | | | | | $1,889.54 |
| Todd Crump<br>103 Glenwood St<br>Fairmont, WV 26554 | | | | | | $4,674.35 |