Fill in this information to identify the case:

Debtor name   **West Virginia High Technology Consortium Foundation**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   **1:16-bk-00806**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Unassessed and potential federal tax liability** | | |
|  | Last 4 digits of account number **1046**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**ACE Hardware & Contractor Supply**<br>**9051 Middletown Mall**<br>**Fairmont, WV 26554** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41.96 |
|---|---|---|---|
|  | Date(s) debt was incurred __<br>Last 4 digits of account number **4836** | Basis for the claim:  **Trade creditor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Action Facilities Management**<br>**115 Malone Drive**<br>**Morgantown, WV 26501** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37,712.88 |
|---|---|---|---|
|  | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Trade creditor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | West Virginia High Technology Consortium Foundation | Case number (if known) | 1:16-bk-00806 |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Architectural Interior Products**<br>446 Airport Industrial Park Road<br>Parkersburg, WV 26104 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $126.10 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Trade creditor**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Arnett Carbis Toothman LLP**<br>600 Market Place Avenue<br>Suite 100<br>Bridgeport, WV 26330 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,490.16 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  2999 | Basis for the claim: **Trade creditor**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Beacon Communications Services, LLC**<br>607 North Avenue<br>Suite E<br>Wakefield, MA 01880 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.11 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Trade creditor**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.6 | Nonpriority creditor's name and mailing address<br>**Business Card (Bank of America)**<br>PO Box 15796<br>Wilmington, DE 19886-5796 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $657.36 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  1515 | Basis for the claim: **Credit card**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7 | Nonpriority creditor's name and mailing address<br>**Casto Technical Services**<br>540 Leon Sullivan Way<br>Charleston, WV 25301 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,280.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Trade creditor**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.8 | Nonpriority creditor's name and mailing address<br>**City of Fairmont**<br>PO Box 1428<br>109 Merchant Street<br>Fairmont, WV 26555-1428 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,337.72 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  5000 | Basis for the claim: **Trade creditor**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.9 | Nonpriority creditor's name and mailing address<br>**Citynet**<br>100 Citynet Drive<br>Bridgeport, WV 26330 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45.94 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  6413 | Basis for the claim: **Trade creditor**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | West Virginia High Technology Consortium Foundation | Case number (if known) | 1:16-bk-00806 |
|---|---|---|---|

### 3.10
**Nonpriority creditor's name and mailing address**
ComDoc, Inc.
3458 Massillon Rd
Uniontown, OH 44685

Date(s) debt was incurred __
Last 4 digits of account number **2827**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**

Is the claim subject to offset? ■ No ☐ Yes

**$165.67**

### 3.11
**Nonpriority creditor's name and mailing address**
Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275

Date(s) debt was incurred __
Last 4 digits of account number **4103**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,011.84**

### 3.12
**Nonpriority creditor's name and mailing address**
Dodson Brothers
10 Armory Rd
Clarksburg, WV 26301

Date(s) debt was incurred __
Last 4 digits of account number **5801**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**

Is the claim subject to offset? ■ No ☐ Yes

**$78.00**

### 3.13
**Nonpriority creditor's name and mailing address**
Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461

Date(s) debt was incurred __
Last 4 digits of account number **4466**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**

Is the claim subject to offset? ■ No ☐ Yes

**$69.76**

### 3.14
**Nonpriority creditor's name and mailing address**
Frontier Communications
PO Box 20550
Rochester, NY 14602-0550

Date(s) debt was incurred __
Last 4 digits of account number **8064**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**

Is the claim subject to offset? ■ No ☐ Yes

**$155.94**

### 3.15
**Nonpriority creditor's name and mailing address**
Kris Warner
603 Fairchance Rd.
Morgantown, WV 26508

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional and consulting services.**

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

### 3.16
**Nonpriority creditor's name and mailing address**
Lumos Networks
Wireline Customer Care
1200 Greenbrier St
Charleston, WV 25311

Date(s) debt was incurred __
Last 4 digits of account number **9218**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**

Is the claim subject to offset? ■ No ☐ Yes

**$396.06**

| Debtor | West Virginia High Technology Consortium Foundation | Case number (if known) | 1:16-bk-00806 |
|---|---|---|---|

**3.17** Nonpriority creditor's name and mailing address
Mainline Mechanical
2 Cameron Road
Clarksburg, WV 26301

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**
Is the claim subject to offset? ■ No ☐ Yes

$908.50

**3.18** Nonpriority creditor's name and mailing address
Metro News Radio
1111 Virginia Street E
Charleston, WV 25301

Date(s) debt was incurred __
Last 4 digits of account number **1406**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**
Is the claim subject to offset? ■ No ☐ Yes

$9,500.00

**3.19** Nonpriority creditor's name and mailing address
Mon Power
800 Cabin Hill Drive
Greensburg, PA 15606-0001

Date(s) debt was incurred __
Last 4 digits of account number **2971**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**
Is the claim subject to offset? ■ No ☐ Yes

$25,952.91

**3.20** Nonpriority creditor's name and mailing address
Peoples Natural Gas
PO Box 535323
Pittsburgh, PA 15253-5323

Date(s) debt was incurred __
Last 4 digits of account number **6898**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility**
Is the claim subject to offset? ■ No ☐ Yes

$176.06

**3.21** Nonpriority creditor's name and mailing address
Plante & Moran, PLLC
16060 Collections Center Dr.
Chicago, IL 60693-0160

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**
Is the claim subject to offset? ■ No ☐ Yes

$6,685.00

**3.22** Nonpriority creditor's name and mailing address
Republic Services
No. 2 12th Street
Fairmont, WV 26554-3618

Date(s) debt was incurred __
Last 4 digits of account number **3225**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**
Is the claim subject to offset? ■ No ☐ Yes

$56.99

**3.23** Nonpriority creditor's name and mailing address
RSM US LLP
1861 International Dr
Suite 400
Mc Lean, VA 22102

Date(s) debt was incurred __
Last 4 digits of account number **2THB**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**
Is the claim subject to offset? ■ No ☐ Yes

$111.00

| Debtor | West Virginia High Technology Consortium Foundation | Case number (if known) | 1:16-bk-00806 |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address<br>Sherwin Williams Co.<br>63 Spencer Dr<br>Fairmont, WV 26554 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $359.57 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number  9112 | Basis for the claim: **Trade creditor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address<br>Times-West Virginia<br>PO Box 2530<br>Beckley, WV 25802-2569 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number  7207 | Basis for the claim: **Trade creditor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address<br>Xerox Corporation<br>PO Box 660501<br>Dallas, TX 75266-0501 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $85.85 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number  7191 | Basis for the claim: **Trade creditor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 123,483.38 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.   $ | 123,483.38 |

Fill in this information to identify the case:

Debtor name: **West Virginia High Technology Consortium Foundation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known): **1:16-bk-00806**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ 14,924,895.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................... $ 4,763,103.34

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $ 19,687,998.34

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................................... $ 36,441,897.92

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ 123,483.38

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b    $ 36,565,381.30

Fill in this information to identify the case:

Debtor name: **West Virginia High Technology Consortium Foundation**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF WEST VIRGINIA**

Case number (if known): **1:16-bk-00806**

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
■ Amended Schedule   E/F
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/16/2017      X _____
                              Signature of individual signing on behalf of debtor

                              **James L. Estep**
                              Printed name

                              **President and CEO**
                              Position or relationship to debtor